# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 1, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

131178

ALAN T. ACKERMAN and ACKERMAN
& ACKERMAN, P.C.,
    Plaintiffs-Appellees,

v

SC: 131178
COA: 265004
Wayne CC: 01-132672-CK

DAVID MIOTKE, AUDREY MIOTKE,
and ST. CLAIR PACKAGING, INC.,
    Defendants-Appellants.

_____/

   On order of the Court, the application for leave to appeal the April 4, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 1, 2006

d1025

Clerk